1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

Plaintiff,

v.

SPHERE SOLID WASTE, INC.,

Defendant.

NO.  C05-1269JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has received Plaintiff's status report.  (Dkt. # 4).  The court directs Plaintiff to file a motion requesting an entry of default pursuant to Fed. R. Civ. P. 55(a) by October 3, 2005.

Filed and entered this 27th day of September, 2005.

BRUCE RIFKIN, Clerk

s/Mary Duett

By
Deputy Clerk

MINUTE ORDER